# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE THORNBERRY,<br><br>Plaintiff,<br><br>v.<br><br>J. BAL, et al.,<br><br>Defendants. | No. 2:17-CV-0953-TLN-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Defendants shall file a response to plaintiff's motion to compel (ECF No. 78) within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: September 24, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE