IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE THORNBERRY,<br><br>Plaintiff,<br><br>v.<br><br>J. BAL, et al.,<br><br>Defendants. | No. 2:17-CV-0953-TLN-DMC-P<br><br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request to stay proceedings and refer the matter to mediation. See ECF No. 86. Defendants have filed a response. See ECF No. 91.

        In his request, plaintiff seeks an order referring the matter to mediation or a court-supervised settlement conference and a stay of proceeding pending settlement efforts. In their response, defendants state they believe the matter can be resolved on summary judgment and do not consent to mediation or a settlement conference. Because not all parties agree to participate in mediation or a settlement conference, plaintiff's request is denied at this time. However, in the

///
///
///
///

1

event defendants bring a motion for summary judgment and are not successful, either party is authorized and encouraged to file a further request for a settlement conference, notwithstanding the denial of the pending motion.

IT IS SO ORDERED.

Dated: January 29, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE