IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE THORNBERRY, | No. 2:17-CV-0953-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| J. BAL, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is plaintiff's motion for referral of this case to the Court's Alternative Dispute Resolution (ADR) program. See ECF No. 100. Defendants have filed an opposition. See ECF No. 102. Defendants state in their opposition that they do not stipulate to referral of the case to the Court's ADR program because they believe the case can be resolved in their favor on summary judgment. See id. Given the lack of agreement on participation in the Court's ADR program, plaintiff's motion is denied.

IT IS SO ORDERED.

Dated: May 1, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1