IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL LEE THORNBERRY ,** | Case No. 2:17-cv-0953 TLN-DMC (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **KERNAN, et al.,** | |
| Defendants. | |

On August 6, 2020, Defendants Bal, Felder, Bobbala, Smith, and Chau moved the Court for an Order to extend the current dispositive motions deadline, and allow them to file an opposition and cross-motion for summary judgment, on or before August 21, 2020. Good cause having been shown, Defendants' request is granted.

Dated:  August 10, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1