**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL LEE THORNBERRY, | No. 2:17-CV-0953-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| KERNAN, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court are the parties' respective motions for summary judgment. ECF Nos. 104, 111. Plaintiff, in his opposition to Defendants' motion for summary judgment, moved to voluntarily dismiss Defendant Dr. Felder from the suit. ECF No. 114 at 7. Defendants do not oppose the motion. See ECF No. 116 at 7 n.1. For cause shown and because Defendants do not oppose the motion, Plaintiff's motion to dismiss Dr. Felder from this case is **GRANTED**.

IT IS SO ORDERED.

Dated: March 9, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1