IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE THORNBERRY,<br><br>    Plaintiff,<br><br>    v.<br><br>J. BAL, et al.,<br><br>    Defendants. | No. 2:17-CV-0953-TLN-DMC-P<br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Before the Court is Plaintiff's motion for the Court to consider his objections to the Court's findings and recommendations as timely. ECF No. 120. The Court issued amended findings and recommendations on March 16, 2021, recommending that the District Judge grant Defendants' motion for summary judgment. ECF No. 119. Plaintiff's objections were due March 30, 2021. He did not file them until April 6, 2021. Due to the ongoing COVID-19 pandemic, the Court will consider Plaintiff's objections timely.

        IT IS SO ORDERED.

Dated: April 12, 2021

                                    DENNIS M. COTA
                                    UNITED STATES MAGISTRATE JUDGE